No. 92–6766.   BATTLE *v.* BARTON ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 92–6769.   SWIG *v.* JONES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 92–6772.   McMILLER *v.* BORGERT, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 92–6773.   LEWIS *v.* AMERICAN AIRLINES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 92–6774.   SHAW *v.* DELO, SUPERINTENDENT, MISSOURI STATE CORRECTIONAL FACILITY AT POTOSI, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 92–6779.   SCHRADER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–6782.   MOORE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 92–6783.   LIGHTFOOT *v.* TOWN OF FAIRFIELD, MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 92–6785.   BATTLE *v.* McDADE, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 92–6788.   PLATH *v.* SOUTH CAROLINA; and
No. 92–6804.   ARNOLD *v.* SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.   Reported below: 309 S. C. 157, 420 S. E. 2d 834.

No. 92–6790.   KEY *v.* WASHINGTON ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 92–6791.   ELLIS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 92–6793.   HERRERA *v.* MILLER.   C. A. 9th Cir.   Certiorari denied.

No. 92–6794.   VEREEN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.